| Exhibit A | Identity Documents |
|-----------|--------------------|
| Exhibit B | Bond Record        |

# EXHIBIT A











ਡੀ.ਪੀ.ਐਚ–368
DPH-368
ਕ੍ਰਮ ਅੰਕ –ਅ
Serial No.A



Sr.No.  519992010
Register No.    211
Form No.6 (See Rule 8
ਫਾਰਮ ਨੰਬਰ 6 (ਵੇਖੋ ਨਿਯਮ–8)

# ਜਨਮ ਦਾ ਸਰਟੀਫਿਕੇਟ
# BIRTH CERTIFICATE

ਇਹ ਤਸਦੀਕ ਕੀਤਾ ਜਾਂਦਾ ਹੈ ਕਿ ਹੇਠ ਲਿਖੀ ਸੂਚਨਾ ਅਸਲ ਜਨਮ ਰਿਕਾਰਡ ਵਿੱਚੋ ਲਈ ਗਈ ਹੈ ਜਿਹੜੀ ਕਿ ਲੋਕਲ ਰਜਿਸਟਰਾਰ
This is to certify that following information has been taken from the original record of birth as entered in the register

| ਜਨਮ ਤੇ ਮੌਤ ਭੁਲੱਥ | ਤਹਿਸੀਲ ਭੁਲੱਥ | ਜ਼ਿਲ੍ਹਾ ਕਪੂਰਥਲਾ | ਪੰਜਾਬ ਦੇ |
|---|---|---|---|
| maintained by the Local Regsitrar Births and Deaths BHOLATH | | Tehsil BHOLATH | |

ਰਜਿਸਟਰ ਵਿਚ ਦਰਜ ਹੈ ।

District Kapurthala          Punjab State.

| ਨਾਮ ਅਮਰਜੋਤ ਸਿੰਘ | ਰਜਿਸਟਰੇਸ਼ਨ ਨੰਬਰ 0000001743 | ਲਿੰਗ ਮੇਲ |
|---|---|---|
| Name AMARJOT SINGH | Registration No.  0000001743 | Sex MALE |
| ਰਜਿਸਟਰੇਸ਼ਨ ਦੀ ਮਿਤੀ  21/08/1988 | ਜਨਮ ਅਸਥਾਨ ਨੰਗਲ ਲੁਬਾਣਾ | |
| Date Of Registration  21/08/1988 | Birth Place NANGAL LUBANA | |
| ਜਨਮ ਦੀ ਮਿਤੀ  20/07/1988 | ਮਾਤਾ ਦਾ ਨਾਮ  ਸੁਰਿੰਦਰ ਕੌਰ | |
| Date Of Birth  20/07/1988 | Mother's Name SURINDER KAUR | |
| ਪਿਤਾ ਦਾ ਨਾਮ  ਗੋਪਾਲ ਸਿੰਘ | ਸਪੁਤਰ   ਮੌਜੂਦ ਨਹੀਂ | |
| Father's Name GOPAL SINGH | Son Of    ----XXXX---- | |
| ਮਾਤਾ ਪਿਤਾ ਦਾ ਪੂਰਾ ਪਤਾ  ਨੰਗਲ ਲੁਬਾਣਾ | | |
| Parent's Full Address   NANGAL LUBANA | | |

(ਸਰਟੀਫਿਕੇਟ ਤਿਆਰ ਕਰਨ ਵਾਲੇ ਦੇ ਹਸਤਾਖਰ)          ( ਸਰਟੀਫਿਕੇਟ ਜਾਰੀ ਕਰਨ ਵਾਲੇ ਦੇ ਹਸਤਾਖਰ )
Signature of Certificate Preparing Authority          Signature of Certificate Issuing Authority

ਨਾਮ / Name                                        ਮੋਹਰ / Stamp   Addl. Distt. Registrar
                                                                   Births & Deaths
ਪਦਵੀ / Designation                                 ਮਿਤੀ / Date   O/o Civil Surgeon Kapurthala

ਨੋਟ:–  ਇਹ ਜਨਮ ਸਰਟੀਫਿਕੇਟ ਜਨਮ ਅਤੇ ਮੌਤ ਰਜਿਸਟਰੇਸ਼ਨ  ਐਕਟ 1969 (ਭਾਰਤ ਸਰਕਾਰ) ਦੀ ਧਾਰਾ  12/17 ਦੇ ਅਧੀਨ
ਜਾਰੀ ਕੀਤਾ ਗਿਆ।

*Note :*This certificate has been issued U/s 12/17 of Births and Deaths Act 1969 (Govt.of India)



भारत गणराज्य REPUBLIC OF INDIA

इसके द्वारा, भारत गणराज्य के राष्ट्रपति के नाम पर, उन सभी से निवेदन इससे संबंध हो, अनुरोध एवं आदेश की जाती है कि वे धारक को बिना किसी रोक-टोक के स्वतंत्र रूप से आने-जाने दें, और उसे हर तरह की ऐसी सहायता और सुरक्षा प्रदान करें जिसकी उसे आवश्यकता हो ।

भारत गणराज्य के राष्ट्रपति के आदेश से

THESE ARE TO REQUEST AND REQUIRE IN THE NAME OF THE PRESIDENT OF THE REPUBLIC OF INDIA ALL THOSE WHOM IT MAY CONCERN TO ALLOW THE BEARER TO PASS FREELY WITHOUT LET OR HINDRANCE AND TO AFFORD HIM OR HER, EVERY ASSISTANCE AND PROTECTION OF WHICH HE OR SHE MAY STAND IN NEED.

BY ORDER OF THE PRESIDENT OF THE REPUBLIC OF INDIA

कशमीर सिंह
Kashmir Singh
अधीक्षक/Superintendent
पारपत्र कार्यालय, जालन्धर
Passport Office, Jalandhar

---

भारत गणराज्य REPUBLIC OF INDIA

प्रकार/Type
P

देश कोड/Country Code
IND

पासपोर्ट नं./Passport No.
J9588792

उपनाम/Surname

नाम/Given Name(s)
AMARJOT SINGH

राष्ट्रीयता/Nationality
INDIAN

लिंग/Sex
M

जन्म स्थान/Place of Birth
NANGAL LOBANA, PUNJAB

जन्म तिथि/Date of Birth
20/07/1988

जारी करने का स्थान/Place of Issue
JALANDHAR

जारी करने की तिथि/Date of Issue
19/07/2012

समाप्ति की तिथि/Date of Expiry
18/07/2022

P<IND<<AMARJOT<SINGH<<<<<<<<<<<<<<<<<<<<<<<<
J9588792<1IND8807205M2207180<<<<<<<<<<<<<<<<

---

माता का नाम/Name of Mother/Legal Guardian
GOPAL SINGH

पिता/कानूनी अभिभावक का नाम/Name of Father/Legal Guardian
SURINDER KAUR

पति/पत्नी का नाम/Name of Spouse
VPO NANGAL LOBANA

पता/Address
TEH BHOLATH,KAPURTHALA

पिन/PIN:144601,PUNJAB,INDIA

फाइल सं./File No.
E2170605

पुराने पासपोर्ट सं. की तिथि एवं जारी करने का स्थान/Old Passport No. with Date and Place of Issue
18/11/2002    JALANDHAR

JAL0703Z4853912 - OLD PASSPORT REPORTED LOST

J9588792

---

REGISTRATION

INDIAN CITIZENS RESIDENT ABROAD ARE ADVISED TO REGISTER THEMSELVES AT THE NEAREST INDIAN MISSION/POST.

CAUTION

THIS PASSPORT IS THE PROPERTY OF THE GOVERNMENT OF INDIA. ANY COMMUNICATION RECEIVED BY THE HOLDER FROM A PASSPORT AUTHORITY REGARDING THIS PASSPORT, INCLUDING DEMAND FOR ITS SURRENDER, SHOULD BE COMPLIED WITH IMMEDIATELY.

THIS PASSPORT SHOULD NOT BE SENT OUT OF ANY COUNTRY BY POST. THIS SHOULD BE IN THE CUSTODY EITHER OF THE HOLDER OR OF A PERSON AUTHORISED BY THE HOLDER. IF MUST NOT BE ALTERED OR MUTILATED IN ANY WAY.

LOSS, THEFT OR DESTRUCTION OF THIS PASSPORT SHOULD BE IMMEDIATELY REPORTED TO THE NEAREST PASSPORT AUTHORITY IN INDIA OR IF THE HOLDER IS ABROAD, TO THE NEAREST INDIAN MISSION/POST AND TO THE LOCAL POLICE. ONLY AFTER EXHAUSTIVE ENQUIRIES SHALL A DUPLICATE PASSPORT BE ISSUED.









ਭਾਰਤ ਸਰਕਾਰ
GOVERNMENT OF INDIA

ਅਮਰਜੋਤ ਸਿੰਘ
Amarjot Singh

ਜਨਮ ਦਾ ਸਾਲ/Year of Birth: 1988
ਪੁਰਸ਼ / Male

5820 3993 8982

ਆਧਾਰ – ਆਮ ਆਦਮੀ ਦਾ ਅਧਿਕਾਰ



ਵਿਲੱਖਣ ਪਛਾਣ ਅਥਾਰਿਟੀ
UNIQUE IDENTIFICATION AUTHORITY OF INDIA

ਐੱਸ ਓ ਗੋਪਾਲ ਸਿੰਘ, ਨੰਗਲ ਲੁਬਾਣਾ
ਜ਼ਿਲ੍ਹਾ ਕਪੂਰਥਲਾ, ਕਪੂਰਥਲਾ, ਪੰਜਾਬ, 144631

Address: S/O: Gopal Singh,
Nangal Lubana, Kapurthala,
Nangal Lubana, Punjab,
144631

   

1800 180 1947    help@uidai.gov.in    www.uidai.gov.in    P.O. Box No.1947,
Bengaluru-560 001

# EXHIBIT B



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**OMAHA IMMIGRATION COURT**

Respondent Name:

    SINGH, AMARJOT

To:

    Hans, Mantaj K
    8 Marney Street
    3
    Cambridge, MA 02141

A-Number:
206-086-089
Riders:
In Custody Redetermination Proceedings

Date:
01/22/2026

**ORDER OF THE IMMIGRATION JUDGE**

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑   Denied, because
    The Court has no jurisdiction to issue a bond. See INA § 235(b)(2)(A); Matter of
    Yajure Hurtado, 29 I&N Dec. 216 (BIA 2025). The Court finds Bautista v. Noem,
    5:25-cv-01873-SSS-BFM (C.D. Cal.) does not apply in this case.  The class action
    did not overturn or enjoin the precedential Board case.

☐   Granted. It is ordered that Respondent be:
    ☐  released from custody on his own recognizance.
    ☐  released from custody under bond of $
    ☐  other:

☐   Other:

Immigration Judge: Larsen, Alexandra 01/22/2026

Appeal:     Department of Homeland Security:  ☑ waived   ☐ reserved
            Respondent:                        ☐ waived   ☑ reserved
Appeal Due: 02/23/2026

### Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : SINGH, AMARJOT | A-Number : 206-086-089
Riders:
Date: 01/22/2026 By: Hetfield, Natalia, Court Staff

Mantaj Hans                                                    **DETAINED**
8-3 Marney Street
Cambridge, MA 02141
917-650-0596
Attorney for Respondent


### UNITED STATES DEPARTMENT OF JUSTICE
### EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### UNITED STATES IMMIGRATION COURT
### OMAHA, NE

_____

In the Matter of:                    )          **206-086-089**
                                     )
 **SINGH, AMARJOT**                   )
                                     )
Respondent                           )
_____ )


**Immigration Judge:** Larsen, Alexandra R..  **Next Hearing**: 01/22/2026 01:00 PM - 01:30 PM


### Motion to Appear Via Webex

## I. INTRODUCTION

COMES NOW, the Respondent, SINGH, AMARJOT A-Number: 206-086-089 by and through undersigned counsel, and respectfully moves this Honorable Immigration Court for leave to appear at the upcoming **bond hearing** via Webex with mantaj@gmail.com . This motion is made pursuant to the Immigration and Nationality Act ("INA"), the regulations at 8 C.F.R. §§ 1003.25(c), which provide the Court with discretion to permit appearances by video teleconference (VTC) upon good cause shown.

## II. LEGAL AUTHORITY

1. 8 C.F.R. § 1003.25(c) allows the Immigration Judge to conduct hearings by video conference and to permit counsel and parties to appear by VTC when appropriate.

2. Immigration Court Practice Manual Chap. 4.6 and OPPM 21-03.

## III. GOOD CAUSE FOR REQUEST

The Respondent respectfully submits that good cause exists for granting this request:

- **THE NATURE OF THE SCHEDULED BOND HEARING SUPPORTS REMOTE APPEARANCE**

  The upcoming hearing is a bond hearing, which is generally brief and less formal than the merits or removal hearing. Bond hearings are typically short and do not require extensive evidentiary presentation. Given the limited scope and duration of the proceeding, a remote appearance will not prejudice the Court or any party and will maintain efficiency.

  Counsel is based in Cambridge, Massachusetts, which is approximately 1,700 miles from Omaha, NE, requiring extensive air and car travel, a significant expense, and substantial time. Requiring in-person appearance would impose logistical and financial burden, without any corresponding benefit to the Court or the efficient adjudication of this matter.

- **THE MOTION IS BEING FILED UPON NOTICE OF IN-PERSON BOND HEARING NOTICE**

  Counsel received the notice of the scheduled hearing on 01/14/2026. Counsel did not realize that that was an in-person hearing. Respondent has demonstrated good faith throughout these proceedings and has complied with all Court requirements and submitted all evidence on 01/13/2026. demonstrating diligence and the absence of any intent to delay proceedings. The prompt filing ensures that the Court has prompt notice. Counsel apologizes to the court for this motion being filed today, as it is being filed as soon as the Counsel realized.

EOIR — 2 of 5

- **NO PREJUDICE TO THE COURT OR OPPOSING PARTY**

  A Webex appearance will allow the matter to proceed as scheduled without delay, maintain full participation of counsel, and preserve judicial efficiency. Opposing counsel will not be prejudiced by a remote appearance, and the Court retains full control over the proceeding.

## IV. REQUEST

For the reasons stated above, Counsel respectfully requests that the Court permit appearance via Webex for the **bond hearing set on 01/22/2026**. Counsel is prepared to provide the Court with all necessary connection information and will ensure a stable and uninterrupted audio-visual connection.

Respectfully Submitted,

Date: 1/22/2026
Mantaj Hans
Attorney for Respondent

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**OMAHA, NE**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | A- Number 206-086-089 |
| SINGH, AMARJOT | ) | **RESPONDENT'S MOTION** |
| RESPONDENT | ) | **TO APPEAR VIA WEBEX** |
| | ) | **Hearing Date:** |
| | ) | **Hearing Time:** |
| | ) | **Court Room:** |
| | ) | |

<u>**ORDER OF THE IMMIGRATION JUDGE**</u>

Upon consideration of RESPONDENT's MOTION TO APPEAR VIA WEBEX, it is
HEREBY ORDERED that the motion be: [ ] **GRANTED** [ ] **DENIED** because:

[ ] DHS does not oppose the motion.
[ ] The Respondent does not oppose the motion.
[ ] A response to the motion has not been filed with the court.
[ ] Good cause has been established for the motion.
[ ] The court agrees with the reasons stated in the opposition to the motion.
[ ] Other: _____

Deadline:
[ ] The application(s) for relief must be filed by _____
[ ] The respondent must comply with DHS biometrics instructions by
_____

_____                          _____
Date                                                          Immigration Judge

Certificate of Service
This document was served by: [ ] Mail [ ] Personal Service
To: [ ] Alien [ ] Alien c/o Custodial Officer [ ] Alien's Atty/Rep [ ] DHS
Date: _____ By: Court Staff _____

EOIR – 4 of 5

## CERTIFICATE OF SERVICE

On 01/22/2026  I,                    Mantaj Hans

served a copy of this              Motion to appear via Webex

and all attached pages to      Office of The Principal Legal Advisor

at the following address        ECAS

by:                                        ECAS


Date: 01/22/2026
Mantaj Hans
Attorney for Respondent

```
                    IMMIGRATION COURT
                1717 AVENUE H, SUITE 100
                   OMAHA, NE  68110
```

Mantaj Hans
Hans, Mantaj K
8 Marney Street
3
Cambridge, MA  02141


FILE: A206-086-089

RE:   SINGH, AMARJOT


NOTICE OF CUSTODY REDETERMINATION HEARING IN IMMIGRATION PROCEEDINGS


PLEASE TAKE NOTE THAT THE ABOVE CAPTIONED CASE HAS BEEN
SCHEDULED/RESCHEDULED FOR A CUSTODY REDETERMINATION HEARING BEFORE THE
IMMIGRATION COURT ON Jan 22, 2026 AT 1:00 P.M. AT THE FOLLOWING ADDRESS:

                1717 AVENUE H STE. 100
                OMAHA, NE  68110

YOU MAY BE REPRESENTED IN THIS PROCEEDING, AT NO EXPENSE TO THE GOVERNMENT, BY
AN ATTORNEY OR OTHER INDIVIDUAL AUTHORIZED AND QUALIFIED TO REPRESENT PERSONS
BEFORE AN IMMIGRATION COURT.  IF YOU WISH TO BE REPRESENTED, YOUR ATTORNEY
OR REPRESENTATIVE SHOULD APPEAR WITH YOU AT THIS HEARING.


_____
                    CERTIFICATION OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL [M]  PERSONAL SERVICE [P]  ELECTRONIC SERVICE [E]
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ E] ALIEN's ATT/REP  [E ] DHS
DATE:  ____1/14/2026_____  BY:  COURT STAFF _____NH_____
     Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
_____

                                                              U7
```

Mantaj Hans                                                    **DETAINED**
8-3 Marney Street
Cambridge, MA 02141
917-650-0596
Attorney for Respondent


## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## UNITED STATES IMMIGRATION COURT
## OMAHA, NE

_____

In the Matter of:                    )        **206-086-089**

**SINGH, AMARJOT**                    )

                                      )

                                      )

Respondent                           )

_____      )



**Immigration Judge:** Larsen, Alexandra R.  **Next Hearing:** January 22, 2026 at 1:00 PM.




## RESPONDENT'S SUPPLEMENTAL EVIDENCE

EOIR 1 of 30

Exh. 3 -

Now comes the Respondent through his undersigned representative to hereby submit his supplemental evidence for his upcoming bond hearing.

Respectfully Submitted,

Date: 1/13/2026
Mantaj Hans
Attorney for Respondent

## CERTIFICATE OF SERVICE

| On 1/13/2026  I, | Mantaj Hans |
| --- | --- |
| served a copy of this | Respondent's Supplemental Evidence |
| and all attached pages to | Office of The Principal Legal Advisor |
| at the following address | ECAS |
| by: | ECAS |

Date: 1/13/2026
Mantaj Hans
Attorney for Respondent

TABLE OF CONTENTS

A.  EVIDENCE, NOT A FLIGHT- RISK

      NTA, EVIDENC OF RESIDENCE                                          4

      WARRANT OF ARREST                                                  5

      EOIR RECORD, CERTIFICATE OF SERVICE, I-589 APPLICATION             6

      SPONSER IDENTITY, FAMILY MEMBER SISTER                             7

      SPONSER AFFIDAVIT OF SUPPORT                                       8-9

      SPONSER TAXES                                                      10-11

      SPONSER BILL                                                       12

      RESPONDENT TAXES                                                   13-16

      RESPONDENT IDENTITY DOCUMENTS, WORK AUTHORIZATION                  17

      **I360 FILING RECEIPT NOTICE - and I485 PENDING NOTICE**           18-20


B.  EVIDENCE. NOT A DANGER                                               23-30

      DISMISSAL RECORDS, FINAL DISPOSITIONS                              23-30

DEPARTMENT OF HOMELAND SECURITY

## NOTICE TO APPEAR

| In removal proceedings under section 240 of the Immigration and Nationality Act: | |
|---|---|
| | File No: A206 086 089 |

In the Matter of:

Respondent: Amarjot SINGH            currently residing at:

c/o DHS 1705 E. Hanna Road, Eloy, Arizona 85131        (520) 464-3000

(Number, street, city and ZIP code)        (Area code and phone number)

[ ] You are an arriving alien.

[X] You are an alien present in the United States who has not been admitted or paroled.

[ ] You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of INDIA and a citizen of INDIA;
3. You arrived at or near the SAN LUIS, ARIZONA port of entry on or about NOVEMBER 3, 2013;
4. You did not then possess or present a valid immigrant visa, reentry permit, border crossing identification card, or other valid entry document;
5. You were not then admitted or paroled after inspection by an immigration officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who at the time of application for admission, is not in the possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, or who is not in possession of a valid unexpired passport, or other suitable document, or identity and nationality document if such document is required by regulations issued by the Attorney General pursuant to Section 211(a) of the Act.

[X] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

[ ] Section 235(b)(1) order was vacated pursuant to:   [ ] 8CFR 208.30   [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

EOIR, 1705 E. Hanna Road, Eloy, AZ. 85131
(Complete Address of Immigration Court, including Room Number, if any)

On _____ to be set _____ at _____ to be set _____ to show why you should not be removed from the United States based on the
(Date)      (Time)

charge(s) set forth above.                 Supervisory Asylum Officer
(Signature and Title of Issuing Officer)

Date:   NOV 2 7 2013             Anaheim, CA
(City and State)

DHS Form I-862 (5/11)             Page 1 of 2
See reverse for important information

Exh. 1 - Adm.

EOIR 4 of 30

Exh. 3 -

U.S. Department of Homeland Security

**Warrant for Arrest of Alien**

File No. A206 086 089

Event No: YUS1411000009

FINS #: 1147582497

Date: December 6, 2013

To any officer delegated authority pursuant to Section 287 of the Immigration and Nationality Act:

From evidence submitted to me, it appears that:
Amarjot SINGH

_____
(Full name of alien)

an alien who entered the United States at or near ____SAN LUIS, AZ____ on _____

(Port)

**November 3, 2013** _____ is within the country in violation of the immigration laws and is

(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

_____
(Signature of Designated Immigration Officer)

M. 4473 MCKINNEY

_____
(Print name of Designated Immigration Officer)

(A) SDDO

_____
(Title)

---

### Certificate of Service

Served by me at **Eloy, Arizona** _____ on  12-18-13 ____ at ___1125 HRS.___

I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

_____
(Signature of officer serving warrant)

J. 2657 LAUB

**Deportation Officer**

_____
(Title of officer serving warrant)

Form I-200 (Rev. 08/01/07)

Exh. 1 - Adm.

**CERTIFICATE OF SERVICE**

I, Ricardo Ramirez, hereby certify that I filed the Respondent's Submission of I-589, Application for Asylum and for Withholding of Removal with the Executive Office for Immigration Review at 1705 E. Hanna Road, Eloy, Arizona 85131, on this 15 of February , 2014, by personal delivery;

I further certify I served a copy of the foregoing on the Office of the District Counsel by hand at 1705 E. Hanna Road, Eloy, Arizona 85131.

_____
Ricardo Ramirez

02-17-2014
Date

EOIR - 14 of 14

Exh. 2 - Adm.

**EOIR RECORD SUBMISSION OF I-589 APPLICATION in FEBRUARY 18, 2014**

EOIR 6 of 30

Exh. 3 -





EOIR 7 of 30

Exh. 3 -

<center>**AFFIDAVIT OF SUPPORT**</center>

**In the Matter of AMARJOT SINGH, A-Number: 206-086-089**

I, MANDEEP KAUR, being duly sworn, depose and state as follows:

**1. Personal Information**

1. I am over the age of 18 and competent to testify to the matters contained in this affidavit.

2. I currently reside at 3492 Hamilton Mill Rd, Buford, GA 30519

3. I am a U.S. Citizen.

4. My annual income is approximately over $182,000 IRS-1040.

**2. Relationship and Support**

5. Respondent is my brother and family member, and I have known him since his childhood.

6. I can attest to Respondent's good moral character. He has always been a responsible community member and has consistently supported and maintained close ties with our family and community.

7. I affirm that I am willing and able to provide financial, emotional, and logistical support to Respondent if released on bond.

**3. Housing and Stability**

8. If released, Respondent will reside with me at my residence at #2 above.

9. I will ensure that Respondent has stable housing, food, and access to medical and social support.

**4. Transportation and Court Compliance**

10. I will personally ensure that Respondent attends all scheduled hearings and complies with all conditions set by the Court or Immigration and Customs Enforcement (ICE).

11. I am willing to provide transportation to court and ICE check-ins, and I will actively remind Respondent of all hearing dates and obligations.

**5. Family and Community Ties**

12. Respondent's close ties to the community members demonstrate that he is not a flight risk.

## 6. Commitment to Support

14. I solemnly commit to supporting Respondent and ensuring his/her compliance with immigration obligations while on bond.

15. I fully understand the seriousness of this responsibility and am prepared to assist Respondent in every possible way.

## 7. Conclusion

I respectfully request that the Court consider this affidavit as evidence of Respondent's strong family support, community ties, and assurance of compliance with all legal requirements if released on bond.

---

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Date: 12/04/2025

**Affiant's Printed Name:** MANDEEP KAUR

**Affiant's Signature:** 

| Form **1040** | Department of the Treasury—Internal Revenue Service | | | | | | | |
|---|---|---|---|---|---|---|---|---|

# Form 1040 U.S. Individual Income Tax Return 2024 OMB No. 1545-0074 IRS Use Only-Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, ending _____ | See separate instructions.

| Your first name and middle initial | Last name | | Your social security number |
|---|---|---|---|
| KULMINDER | SINGH | | XXX-XX-8995 |
| If joint return, spouse's first name and middle initial | Last name | | Spouse's social security number |
| MANDEEP | KAUR | | XXX-XX-3585 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.

3492 HAMILTON RD

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code

BUFORD | GA | 30519

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.
☐ Single
☒ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): _____

**Digital Assets**
At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1960 ☐ Are blind   **Spouse:** ☐ Was born before January 2, 1960 ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| GURLEEN KAUR | XXX-XX-5344 | Son | ☐ | ☒ |
| JAPNOOR KAUR | XXX-XX-5244 | Daughter | ☒ | ☐ |
| SARABNOOR SINGH | XXX-XX-4878 | Son | ☒ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | | |
|---|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | | 1a | 172,000 |
| b | Household employee wages not reported on Form(s) W-2 | | 1b | |
| c | Tip income not reported on line 1a (see instructions) | | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | | 1f | |
| g | Wages from Form 8919, line 6 | | 1g | |
| h | Other earned income (see instructions) | | 1h | |
| i | Nontaxable combat pay election (see instructions) | 1i | | |
| z | Add lines 1a through 1h | | 1z | 172,000 |

Attach Sch. B if required.

| 2a | Tax-exempt interest | 2a | | b | Taxable interest | 2b | 6,809 |
|---|---|---|---|---|---|---|---|
| 3a | Qualified dividends | 3a | | b | Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | | b | Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b | Taxable amount | 5b | |
| 6a | Social security benefits | 6a | | b | Taxable amount | 6b | |

**Standard Deduction for—**
• Single or Married filing separately, $14,600
• Married filing jointly or Qualifying surviving spouse, $29,200
• Head of household, $21,900
• If you checked any box under Standard Deduction, see instructions.

| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | |
|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | |
| 8 | Additional income from Schedule 1, line 10 | 8 | 4,000 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 182,809 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 182,809 |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 29,200 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 29,200 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 153,609 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

EEA

Form **1040** (2024)

10

4:26-cv-23033-JFB-JMD   Doc #1-1   Filed: 02/06/26

| Form 1040 (2024) | | KULWINDER SINGH & MANDEEP KAUR | | | XXX-XX-8995 | Page 2 |
|---|---|---|---|---|---|---|
| **Tax and** | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814   2 ☐ 4972   3 ☐ _____ . . . | | | 16 | 23,900 |
| **Credits** | 17 | Amount from Schedule 2, line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 17 | 2,120 |
| | 18 | Add lines 16 and 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 18 | 26,020 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 . . . . . . . . . . . . . . . | | | 19 | 4,500 |
| | 20 | Amount from Schedule 3, line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 20 | |
| | 21 | Add lines 19 and 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 21 | 4,500 |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . | | | 22 | 21,520 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 . . . . . . . . . . . . . . | | | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax**. . . . . . . . . . . . . . . . . . . . . . . . . . | | | 24 | 21,520 |
| **Payments** | 25 | Federal income tax withheld from: | | | | |
| | a | Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . . . . | 25a | 11,600 | | |
| | b | Form(s) 1099 . . . . . . . . . . . . . . . . . . . . . . . . | 25b | | | |
| | c | Other forms (see instructions) . . . . . . . . . . . . . . . . . | 25c | | | |
| | d | Add lines 25a through 25c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 25d | 11,600 |
| If you have a qualifying child attach Sch. EIC. | 26 | 2024 estimated tax payments and amount applied from 2023 return . . . . . . . . . . . . . | | | 26 | |
| | 27 | Earned income credit (EIC) . . . . . . . . . . . . . . . . . . | 27 | | | |
| | 28 | Additional child tax credit from Schedule 8812 . . . . . . . . . . | 28 | | | |
| | 29 | American opportunity credit from Form 8863, line 8 . . . . . . . . | 29 | | | |
| | 30 | Reserved for future use . . . . . . . . . . . . . . . . . . . . | 30 | | | |
| | 31 | Amount from Schedule 3, line 15 . . . . . . . . . . . . . . . . | 31 | | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** . . . . | | | 32 | 0 |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments**. . . . . . . . . . . . . . . . . . . | | | 33 | 11,600 |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** . . . | | | 34 | 0 |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here . . . . . ☐ | | | 35a | 0 |
| Direct deposit? See instructions. | b | Routing number | | c Type: ☐ Checking   ☐ Savings | | |
| | d | Account number | | | | |
| | 36 | Amount of line 34 you want **applied to your 2025 estimated tax** . . . . . | 36 | | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to www.irs.gov/Payments or see instructions . . . . . . . . . . . . . | | | 37 | 10,312 |
| | 38 | Estimated tax penalty (see instructions) . . . . . . . . . . . . | 38 | 392 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes. Complete below.** ☒ **No** | | | | |
| | | Designee's name | Phone no. | Personal identification number (PIN) | | |
| **Sign Here** | | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | | |
| Joint return? See instructions. Keep a copy for your records. | | Your signature   65358 | Date 03-28-2025 | Your occupation SERVICE | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) | |
| | | Spouse's signature. If a joint return, both must sign.   32757 | Date 03-28-2025 | Spouse's occupation SELF EMPLOYED | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) | |
| | | Phone no. 706-491-0629 | | Email address JASMANDEEP85@YAHOO.COM | | |
| **Paid Preparer Use Only** | | Preparer's signature   P PATEL | Date 04-05-2025 | PTIN XXXXX1578 | Check if: ☒ Self-employed | |
| | | Preparer's name P PATEL | | Phone no. 469-269-9784 | | |
| | | Firm's name   GOLDEN DOLLAR CONSULTING LLC | | | | |
| | | Firm's address   3730 GRAHAM WAY SW   Lilburn, GA 30047 | | | Firm's EIN 87-0919586 | |

Go to www.irs.gov/Form1040 for instructions and the latest information.

EEA

Form **1040** (2024)

Exh. 3 -



PO BOX 489
NEWARK, NJ 07101-0489

Account: 226144640-00001
Invoice: 8917008792
Billing period: Oct 22 - Nov 21, 2025

Questions about your bill?
verizon.com/support
800-922-0204

KEYLINE

MANDEEP KAUR
3492 HAMILTON MILL RD
BUFORD, GA 30519-4076

**Late fee policy**

If you don't pay the total charges due by the due date, you'll be charged 5% of the unpaid balance or $7, whichever is greater, if allowed by law in the state of your billing address.

## Snapshot of your bill
(details on page 3)

| | |
|---|---|
| Balance from last bill | $0.00 |
| This month's charges | $372.60 |
| **Total due on Dec 13** | **$372.60** |

You have Auto Pay scheduled for Dec 10, 2025.

**verizon**

MANDEEP KAUR
3492 HAMILTON MILL RD
BUFORD, GA 30519-4076

**Bill date** November 21, 2025
**Account number** 226144640-00001
**Invoice number** 8917008792

**Total Amount Due**

Deducted from bank account on 12/10/25
DO NOT MAIL PAYMENT                $372.60

Please see back for instructions on writing to us.

PO BOX 16810
NEWARK, NJ 07101-6810

8917008792010226144640000010000003726000000003726 04

EOIR 12 of 30

Exh. 3 -

# Form **1040** U.S. Individual Income Tax Return

Department of the Treasury-Internal Revenue Service

**2023**  OMB No. 1545-0074  IRS Use Only-Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning ____, 2023, ending ____

See separate instructions.

| | |
|---|---|
| Your first name and middle initial  AMARJOT | Last name  SINGH |

Your social security number  XXX-XX-2521

| | |
|---|---|
| If joint return, spouse's first name and middle initial  CHRISTY | Last name  SINGH |

Spouse's social security number  XXX-XX-4847

Home address (number and street). If you have a P.O. box, see instructions.  218 E FRANKLIN ST   Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below.  TOCCOA   State  GA   ZIP code  30577

Foreign country name    Foreign province/state/county    Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You   ☐ Spouse

**Filing Status**
Check only one box.

☐ Single
☒ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent. ____

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)   ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent   ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: ☐ Were born before January 2, 1959  ☐ Are blind   Spouse: ☐ Was born before January 2, 1959  ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here . . ☐

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) | 1i | |
| z | Add lines 1a through 1h | 1z | |

Attach Sch. B if required.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | | b | Taxable interest | 2b | |
| 3a | Qualified dividends | 3a | | b | Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | | b | Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b | Taxable amount | 5b | |
| 6a | Social security benefits | 6a | | b | Taxable amount | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | |

**Standard Deduction for–**
• Single or Married filing separately, $13,850
• Married filing jointly or Qualifying surviving spouse, $27,700
• Head of household, $20,800
• If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | (8) |
| 8 | Additional income from Schedule 1, line 10 | 8 | 10,000 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 9,992 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 707 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 9,285 |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 27,700 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 27,700 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2023)

EEA

EOIR 13 of 30

Exh. 3 –

13

Form 1040 (2023)   AMARJOT & CHRISTY SINGH                                                   XXX-XX-2521   Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814   2 ☐ 4972   3 ☐ _____  . . . | 16 | 0 |
| | 17 | Amount from Schedule 2, line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | |
| | 18 | Add lines 16 and 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | 0 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 . . . . . . . . . | 19 | |
| | 20 | Amount from Schedule 3, line 8 . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| | 21 | Add lines 19 and 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | 0 |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- . . . . . . . . . . . . . . . | 22 | 0 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 . . . . . . . . | 23 | 1,413 |
| | 24 | Add lines 22 and 23. This is your **total tax** . . . . . . . . . . . . . . . . . . . | 24 | 1,413 |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . | 25a | | |
| | b | Form(s) 1099 . . . . . . . . . . . . . . . . . . . . | 25b | | |
| | c | Other forms (see instructions) . . . . . . . . . . . . | 25c | | |
| | d | Add lines 25a through 25c . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25d | |
| *If you have a qualifying child, attach Sch. EIC.* | 26 | 2023 estimated tax payments and amount applied from 2022 return . . . . . . . . . . | 26 | |
| | 27 | Earned income credit (EIC) . . . . . . . . . . . . . . | 27 | 600 | |
| | 28 | Additional child tax credit from Schedule 8812 . . . . . | 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 . . . | 29 | | |
| | 30 | Reserved for future use . . . . . . . . . . . . . . . | 30 | | |
| | 31 | Amount from Schedule 3, line 15 . . . . . . . . . . . | 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** . . . . | 32 | 600 |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** . . . . . . . . . . . . | 33 | 600 |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** . . . | 34 | 0 |
| | 35a | Amount of line 34 you want refunded to you. If Form 8888 is attached, check here . . . . . ☐ | 35a | 0 |
| *Direct deposit? See instructions.* | b | Routing number [_____]   c Type: ☐ Checking ☐ Savings | | |
| | d | Account number [_____] | | |
| | 36 | Amount of line 34 you want applied to your 2024 estimated tax . . . | 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to *www.irs.gov/Payments* or see instructions . . . . . . | 37 | 813 |
| | 38 | Estimated tax penalty (see instructions) . . . . . . . . | 38 | | |

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ **Yes.** Complete below.  ☐ **No** |
| | Designee's name  Kassidy Wood   Phone no.  706-886-8299   Personal identification number (PIN)  5 8 4 6 8 |

| | |
|---|---|
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| 89947 | 10-11-2024 | | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| 85256 | 10-11-2024 | | |
| Phone no. | | Email address | |

| **Paid Preparer Use Only** | Preparer's signature | | Date 10-11-2024 | PTIN XXXXX3245 | Check if: ☐ Self-employed |
|---|---|---|---|---|---|
| | Preparer's name  Kassidy Wood | | | Phone no.  706-886-8299 | |
| | Firm's name  Beavers and Company LLC | | | | |
| | Firm's address  252 W Savannah St  Toccoa, GA 30577 | | | Firm's EIN  26-4728183 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                                   Form **1040** (2023)

EEA

14

*[watermark]* Client Copy

EOIR 14 of 30

Exh. 3 -

| SCHEDULE 1<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Additional Income and Adjustments to Income**<br>Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to *www.irs.gov/Form1040* for instructions and the latest information. | OMB No. 1545-0074<br><br>**2023**<br>Attachment<br>Sequence No. **01** |
|---|---|---|

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| AMARJOT & CHRISTY SINGH | XXX-XX-2521 |

## Part I    Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | **1** | |
| 2a | Alimony received | **2a** | |
| b | Date of original divorce or separation agreement (see instructions): | | |
| 3 | Business income or (loss). Attach Schedule C | **3** | 10,000 |
| 4 | Other gains or (losses). Attach Form 4797 | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **5** | |
| 6 | Farm income or (loss). Attach Schedule F | **6** | |
| 7 | Unemployment compensation | **7** | |
| 8 | Other income: | | |
| a | Net operating loss | 8a ( ) | |
| b | Gambling | 8b | |
| c | Cancellation of debt | 8c | |
| d | Foreign earned income exclusion from Form 2555 | 8d ( ) | |
| e | Income from Form 8853 | 8e | |
| f | Income from Form 8889 | 8f | |
| g | Alaska Permanent Fund dividends | 8g | |
| h | Jury duty pay | 8h | |
| i | Prizes and awards | 8i | |
| j | Activity not engaged in for profit income | 8j | |
| k | Stock options | 8k | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8l | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | 8m | |
| n | Section 951(a) inclusion (see instructions) | 8n | |
| o | Section 951A(a) inclusion (see instructions) | 8o | |
| p | Section 461(l) excess business loss adjustment | 8p | |
| q | Taxable distributions from an ABLE account (see instructions) | 8q | |
| r | Scholarship and fellowship grants not reported on Form W-2 | 8r | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | 8s ( ) | |
| t | Pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan | 8t | |
| u | Wages earned while incarcerated | 8u | |
| z | Other income. List type and amount: | 8z | |
| 9 | Total other income. Add lines 8a through 8z | **9** | |
| 10 | Combine lines 1 through 7 and line 9. This is your **additional income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | **10** | 10,000 |

For Paperwork Reduction Act Notice, see your tax return instructions.    Schedule 1 (Form 1040) 2023

EEA

| | | |
|---|---|---|
| **SCHEDULE C**<br>**(Form 1040)**<br><br>Department of the Treasury<br>Internal Revenue Service | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.<br>Go to *www.irs.gov/ScheduleC* for instructions and the latest information. | OMB No. 1545-0074<br>**2023**<br>Attachment<br>Sequence No. **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| AMARJOT SINGH | XXX-XX-2521 |

| A | Principal business or profession, including product or service (see instructions) | B | Enter code from instructions |
|---|---|---|---|
| | MANAGEMENT | | |

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN) (see instr.) |
|---|---|---|---|

**E** Business address (including suite or room no.) ▶ 218 E FRANKLIN ST
City, town or post office, state, and ZIP code   TOCCOA, GA 30577

**F** Accounting method:   (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses . . . . . ☒ Yes ☐ No

**H** If you started or acquired this business during 2023, check here . . . . . . . . . . . . . . . . . . . . . . . . ☐

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions . . . . . . . . . . . . . . ☐ Yes ☐ No

**J** If "Yes," did you or will you file required Form(s) 1099?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**Part I   Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on<br>Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . . . . . . ▶ ☐ | 1 | 10,000 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 0 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 10,000 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 10,000 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 10,000 |

**Part II   Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . . | 8 | | 18 | Office expense (see instructions) . . | 18 | |
| 9 | Car and truck expenses<br>(see instructions) . . . . . . | 9 | | 19 | Pension and profit-sharing plans . . | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . . . | 10 | | a | Vehicles, machinery, and equipment . . | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property . . . . . | 20b | |
| 12 | Depletion . . . . . . . . | 12 | | 21 | Repairs and maintenance . . . . . | 21 | |
| 13 | Depreciation and section 179<br>expense deduction (not<br>included in Part III) (see<br>instructions) . . . . . . . | 13 | | 22 | Supplies (not included in Part III). . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . . . | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs<br>(other than on line 19) . . . | 14 | | a | Travel . . . . . . . . . . . . | 24a | |
| | | | | b | Deductible meals (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities . . . . . . . . . . . | 25 | |
| 16 | Interest (see instructions): | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27a | Other expenses (from line 48) . . . | 27a | |
| b | Other . . . . . . . . . . | 16b | | b | Energy efficient commercial bldgs | | |
| 17 | Legal and professional services | 17 | | | deduction (attach Form 7205) . . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b . . . . . . . . . . . . ▶ | 28 | 0 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . | 29 | 10,000 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829<br>unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____<br>and (b) the part of your home used for business: _____ . Use the Simplified<br>Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you<br>checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | 10,000 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule<br>SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on<br>**Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not<br>at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**                    Schedule C (Form 1040) 2023

EEA

EOIR 16 of 30

Exh. 3 -



Uploaded on 06/13/2026 at 3:04 PM (Central Standard Time) Case 4:26-cv-03053-JMD Doc # 1-1 Filed: 02/06/26 Page 36 of 57 - Page ID # 54



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number LIN2430550710 | | Case Type I360 - PETITION FOR AMERASIAN, WIDOWER, OR SPECIAL IMMIGRANT |
|---|---|---|
| Received Date 09/23/2024 | Priority Date | Petitioner A206 086 089 SINGH , AMARJOT |
| Notice Date 09/26/2024 | Page 1 of 2 | Beneficiary A206 086 089 SINGH , AMARJOT |

| AMARJOT SINGH<br>c/o DEEPAK D ATTRI ESQ<br>12215 METROPOLITAN AVENUE<br>KEW GARDENS NY 11415 | Notice Type: Receipt Notice<br>Filing Fee Waived<br>Section: Self-Petitioning Spouse of Abusive U.S.C. |
|---|---|

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency (Filings for Battered Spouses, Children, or Parents)**

If your safe mailing address changes and you do not have an attorney of record or representative on your case, you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you may not receive notice of action(s) taken on your case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If any of the information in your notice is incorrect or you have questions about your case, you can reach USCIS at www.uscis.gov/contact, utilizing the available case inquiry options for "Inquiries for VAWA, T, and U Filings."

Nebraska Service Center
U.S. Citizenship & Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521

**Contacting the Agency (All Other Filings)**

If any of the above information is incorrect or if you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283 or visit the USCIS website at www.uscis.gov** (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help us with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov for options for submitting an inquiry.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Nebraska Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521



**USCIS Contact Center: www.uscis.gov/contactcenter**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.      Form I-797C   10/13/21

EOIR 18 of 30

Exh. 3 -



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| LIN2430550751 | | I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
| **Received Date** | **Priority Date** | Applicant A206 086 089 |
| 09/23/2024 | | SINGH , AMARJOT |
| **Notice Date** | **Page** | Beneficiary A206 086 089 |
| 09/26/2024 | 1 of 2 | SINGH , AMARJOT |

DEEPAK D ATTRI ESQ
c/o DEEPAK DUTT ATTRI
12215 METROPOLITAN AVENUE
KEW GARDENS NY 11415

**Notice Type:** Receipt Notice
Fee Waived
Section: VAWA self-petitioner

We have received the application or petition ("your case") listed above. This notice shows that your case was filed on the "Received Date" listed above. It does NOT grant the beneficiary any immigration status, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available if you contact us about your case.

**T/U Filings -** If you were still in valid T or U nonimmigrant status on the date your Application to Register Permanent Residence or Adjust Status (Form I-485) was received, that status is extended until a decision is reached on your Form I-485. If your status was no longer valid by the date your Form I-485 was received, you will need to file an Application to Extend/Change Nonimmigrant Status (Form I-539) with this office to request an extension of your nonimmigrant status.

**EMPLOYMENT AUTHORIZATION:**
T-1, U-1, U-2, U-3, U-4, and U-5 nonimmigrants who timely filed Form I-485 are authorized to work in the United States incident to their status while their Application to Register Permanent Residence or Adjust Status (Form I-485) is pending. Your Form I-485 was timely filed if the "Received Date" on this form is on or before your Form I-94 expiration date.

The following documents are acceptable as evidence of your employment authorization for Form I-9, Employment Eligibility Verification:

- If you are a T-1 nonimmigrant, the combination of this receipt notice and your Form I-94 shows employment authorization for **two years** from the expiration date of your Form I-94.
- If you are a U-1, U-2, U-3, U-4, or U-5 nonimmigrant, the combination of this receipt notice and your Form I-94 shows employment authorization for **one year** from the expiration date of your Form I-94.
- NOTE: While the document combinations above are acceptable for Form I-9 purposes as evidence of your employment authorization, T-1, U-1, U-2, U-3, U-4 or U-5, nonimmigrant with a pending Form I-485, you may also apply for an Employment Authorization Document (EAD), pursuant to 8 CFR 274a.12(c)(9) by submitting an Application for Employment Authorization (Form I-765) to this office. The EAD is acceptable evidence of your employment authorization and identity for Form I-9.
- If you are a T-2, T-3, T-4, T-5, or T-6 nonimmigrant, you must have a valid, unexpired EAD to be eligible to work, including while your derivative T nonimmigrant status is extended and while your Form I-485 is pending. To obtain an EAD, you must submit an Application for Employment Authorization (Form I-765) to this office. This receipt notice and your Form I-94 are not acceptable evidence for I-9 purposes to show employment authorization.

If your Form I-485 is denied or withdrawn, your automatic extension of T or U nonimmigrant status immediately terminates. Additionally, if you are a T-1, U-1, U-2, U-3, U-4, or U-5 nonimmigrant, your employment authorization immediately terminates, and you will no longer be authorized for employment based on your extended T or U nonimmigrant status, and you may not provide this receipt notice with your Form I-94 for Form I-9 purposes.

If you have already filed a Form I-765, the decision on your application will be sent under separate cover.

**DEPARTING FROM THE UNITED STATES:**
If you plan to depart the United States, you must obtain permission to return to the United States by requesting advance parole before you leave. If you do not obtain advance parole before your departure, you will be considered to have abandoned your application for adjustment of status and the application will be denied. Please see 8 CFR section 245.2(h), for T adjustment of status applications, and section 245.24(j), for U adjustment of status applications. In addition, you may be unable to re-enter the United States, or you may be placed in removal proceedings before an Immigration Judge. You may apply for advance parole by submitting an Application for Travel Document (Form I-131) to this office. If you have already filed a Form I-131, the decision on your application will be sent under separate cover.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Nebraska Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C   10/13/21

  


**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **Notice to Applicants** | **CASE TYPE** I485; I360 | | | **NOTICE DATE** 10/07/2024 |
|---|---|---|---|---|
| **APPLICATION/PETITION/REQUEST NUMBER** LIN2430550751; LIN2430550710 | | | **USCIS A#** A206 086 089 | **CODE** N/A |
| **ACCOUNT NUMBER** | | **TCR** | **SERVICE CENTER** NSC | **PAGE** 1 of 1 |

AMARJOT SINGH
c/o DEEPAK DUTT ATTRI
DEEPAK D ATTRI ESQ
12215 METROPOLITAN AVENUE
KEW GARDENS NY 11415



U.S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past; however, **it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment. The biometrics fee will not be refunded.**

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act.

You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit: https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/identity-history-summary-checks

For Privacy Act information, please visit https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/compact-council/privacy-act-statement

If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

If you have a pending N-400 application, find more information and study materials by visiting the Citizenship Resource Center at uscis.gov/citizenship.

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                Form I-797C  10/13/21

EOIR 20 of 30

Exh. 3 -

DRAFT COPY

# Form 1040   Department of the Treasury—Internal Revenue Service
## U.S. Individual Income Tax Return   **2023**   OMB No. 1545-0074   IRS Use Only–Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____, 2023, ending _____   See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| AMARJOT | SINGH | XXX-XX-2521 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| CHRISTY | SINGH | XXX-XX-4847 |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.
218 E FRANKLIN ST

City, town, or post office. If you have a foreign address, also complete spaces below.   State: GA   ZIP code: 30577
TOCCOA

Foreign country name _____   Foreign province/state/county _____   Foreign postal code _____

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

**Filing Status**
Check only one box.
☐ Single
☒ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent. _____

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)   ☐ Yes   ☒ No

**Standard Deduction**
Someone can claim:   ☐ You as a dependent   ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   You:   ☐ Were born before January 2, 1959   ☐ Are blind   Spouse:   ☐ Was born before January 2, 1959   ☐ Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): |
|---|---|---|---|
| | | | Child tax credit / Credit for other dependents |

If more than four dependents, see instructions and check here ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) ... 1i | | |
| z | Add lines 1a through 1h | 1z | |

| | | | | | |
|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b |
| 6a | Social security benefits | 6a | | b Taxable amount | 6b |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | | |

**Standard Deduction for—**
● Single or Married filing separately, $13,850
● Married filing jointly or Qualifying surviving spouse, $27,700
● Head of household, $20,800
● If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | (8) |
| 8 | Additional income from Schedule 1, line 10 | 8 | 10,000 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 9,992 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 707 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 9,285 |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 27,700 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 27,700 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2023)
EEA

21

Form 1040 (2023)  AMARJOT & CHRISTY SINGH                                                                XXX-XX-2521        Page 2

| Tax and | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ . . . | 16 | 0 |
| Credits | 17 | Amount from Schedule 2, line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | |
| | 18 | Add lines 16 and 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | 0 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 . . . . . . . . . . . . . . . | 19 | |
| | 20 | Amount from Schedule 3, line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| | 21 | Add lines 19 and 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | 0 |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . | 22 | 0 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 . . . . . . . . . . . . . . | 23 | 1,413 |
| | 24 | Add lines 22 and 23. This is your **total tax**. . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | 1,413 |
| Payments | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . . . . . . 25a | | |
| | b | Form(s) 1099 . . . . . . . . . . . . . . . . . . . . . . . . . . 25b | | |
| | c | Other forms (see instructions) . . . . . . . . . . . . . . . . . 25c | | |
| | d | Add lines 25a through 25c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25d | |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2023 estimated tax payments and amount applied from 2022 return . . . . . . . . . . . . . . | 26 | |
| | 27 | Earned income credit (EIC) . . . . . . . . . . . . . . . . . . 27 | 600 | |
| | 28 | Additional child tax credit from Schedule 8812 . . . . . . . . . . . . 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 . . . . . . . . . . 29 | | |
| | 30 | Reserved for future use . . . . . . . . . . . . . . . . . . . . 30 | | |
| | 31 | Amount from Schedule 3, line 15 . . . . . . . . . . . . . . . . . 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** . . . . | 32 | 600 |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments**. . . . . . . . . . . . . . . . . . . | 33 | 600 |
| Refund | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the **amount you overpaid** . . . | 34 | 0 |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here . . . . . ☐ | 35a | 0 |
| Direct deposit? See instructions. | b | Routing number [          ]    c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number [          ] | | |
| | 36 | Amount of line 34 you want **applied to your 2024 estimated tax** . . . 36 | | |
| Amount You Owe | 37 | Subtract line 33 from line 24. This is the **amount you owe.** | | |
| | | For details on how to pay, go to *www.irs.gov/Payments* or see instructions . . . . . . . . . . . | 37 | 813 |
| | 38 | Estimated tax penalty (see instructions) . . . . . . . . . . . . 38 | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ **Yes. Complete below.** ☐ **No** | | | |
| | Designee's name  **Kassidy Wood** | Phone no.  **706-886-8299** | Personal identification number (PIN) | [5][8][4][6][8] |

| Sign Here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| Joint return? See instructions. Keep a copy for your records. | Your signature **89947** | Date **10-11-2024** | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) [  ] |
| | Spouse's signature. If a joint return, both must sign. **85256** | Date **10-11-2024** | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) [  ] |
| | Phone no. | Email address | | |

| Paid Preparer Use Only | Preparer's signature | | Date **10-11-2024** | PTIN **XXXXX3245** | Check if: ☐ Self-employed |
| | Preparer's name **Kassidy Wood** | | | Phone no. **706-886-8299** | |
| | Firm's name  **Beavers and Company LLC** | | | | |
| | Firm's address  **252 W Savannah St** | | | | |
| | **Toccoa, GA 30577** | | | Firm's EIN **26-4728183** | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                                          Form **1040** (2023)

EEA

EOIR 22 of 30        Exh. 3 -

ATTRI & ASSOCIATES P.C.
Deepak D Attri, ESQ
122-15 Metropolitan Ave.
Kew Gardens, NY 11415
(347) 977-3921
Deepak@attrilaw.com

<div align="center">

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
180 TED TURNER DRIVE SW
ATLANTA, GA 30303

</div>

| IN THE MATTER OF: | ) | FILE NUMBER: |
|---|---|---|
| | ) | |
| Amarjot Singh | ) | A206-086-089 |
| | ) | |
| | ) | |
| Respondent | ) | |

Hearing Date:                                           Immigration Judge:
May 23, 2025, 1:00PM                            Hon. Andrew Hewitt

<div align="center">

Respondent's Criminal Disposition Filing from Clayton County, IA in Support of
I-589 Application for Asylum, Withholding of Removal and Convention Against Torture

</div>

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
180 TED TURNER DRIVE SW
ATLANTA, GA 30303

| IN THE MATTER OF: | ) | FILE NUMBER: |
| | ) | |
| Amarjot Singh | ) | A206-086-089 |
| | ) | |
| | ) | |
| Respondent | ) | |

| Hearing Date: | Immigration Judge: |
| May 23, 2025, 1:00PM | Hon. Andrew Hewitt |

| | Exhibit | Page Number |
|---|---|---|
| A. | Criminal Disposition for Amarjot Singh | 3 – 4 |
| B. | Certificate of Service | 5 |

EOIR 24 of 30

Exh. 3 –

E-FILED     SRCR017664 - 2025 FEB 19 04:29 PM     CLAYTON
CLERK OF DISTRICT COURT     Page 1 of 2

## IOWA DISTRICT COURT FOR CLAYTON COUNTY

| | | |
|---|---|---|
| STATE OF IOWA, | | |
| | Plaintiff, | Case No: 01221 SRCR017664 |
| vs | | |
| | | ORDER OF DISMISSAL |
| AMARJOT SINGH | | |
| | Defendant. | |

Upon oral/written application of the County Attorney or pursuant to plea negotiations, and in the interest of justice,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled action is hereby dismissed at defendant's cost.

**IT IS FURTHER ORDERED** that the defendant shall pay the Category B costs of this matter.

**Payment shall be as follows:**
Costs shall be paid in full by 03/21/2025.

**BAIL:** Defendant's bail is exonerated and shall be returned to the party posting same subject to the Clerk's statutory offset.

**901C.1 Notice:** The Defendant is hereby advised that pursuant to Iowa Code Section 901C.1 the above-entitled matter may be eligible for expungement under certain circumstances following the completion of conditions set forth in Iowa Code Section 901C.1(2). Expungement is not available for nonindictable offenses under either chapter 321 or local traffic ordinances.

**OTHER:** Request for reasonable ability to pay determination must be made within 30 days of this order, and financial affidavit must be filed, or Defendant's waives the right to request the same.

Dated: 02/19/25

**Please Note:** If you require assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 319/833-3332. If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942. The disability coordinator cannot provide legal advice.

EOIR 25 of 30

Exh. 3 -

E-FILED

SRCR017664 - 2025 FEB 19 04:29 PM
CLERK OF DISTRICT COURT

CLAYTON
Page 2 of 2



State of Iowa Courts

| **Case Number** | **Case Title** |
| --- | --- |
| SRCR017664 | STATE OF IOWA VS SINGH, AMARJOT |
| **Type:** | ORDER OF DISPOSITION |

So Ordered

Laura J. Parrish, District Court Judge
First Judicial District of Iowa

Electronically signed on 2025-02-19 16:29:36

Uploaded on 01/13/2026 at 3:17:04 PM (Central Standard Time) Box#CityOMA

Certificate of Service

Amarjot Singh
A206-086-089

On <u>February 28, 2025,</u> I, Deepak D Attri, Esq. electronically filed this document through ECAS
and both parties are participating in ECAS. Therefore, no separate service was completed.

_____

Deepak D Attri, Esq.

EOIR 27 of 30

Exh. 3 -

10/11/24, 4:32 PM                                                    IMG_0621.jpg

### RECORDER'S COURT OF GWINNETT COUNTY
### STATE OF GEORGIA
### 115 STONE MOUNTAIN STREET
### LAWRENCEVILLE, GA 30046

Jeffrey C. West
Clerk
(770) 619-6100

October 4, 2024

RE:   **SINGH, AMARJOT**

| Citation # | Offense | Charge Date | Agency | Disposition |
|---|---|---|---|---|
| PE00128880 | 40-6-48(1) Unsafe Lane Change | 05/13/2022 | Gwinnett County Police Department | Conviction: Nolo Plea on June 28th, 2022 |
| PE00128879 | 40-5-121(A) Driving While License Withdrawn | 05/13/2022 | Gwinnett County Police Department | Conviction: Nolo Plea on June 28th, 2022 |

To Whom It May Concern:

Please accept this certified letter as a disposition to the cases listed above. If you require more detailed information Please contact the clerk's office at 770-619-6100 or by email at rcinfo@gwinnettcounty.com. If I can be of any further assistance, please do not hesitate to contact me directly.

Sincerely,

Jeffrey C. West, Clerk
Recorder's Court of Gwinnett County



https://mail.google.com/mail/u/6/?pli=1#inbox/FMfcg...qwk0VXbgWxqkDfVhZdBrP?projector=1&messagePartId=0.11

28

EOIR 28 of 30

Exh. 3 -

10/3/24, 12:44 PM                          FO: GA, AMARJOT/WALTON, E - Received 10/03/2024 12:44:35

cycle, the information is most likely non-fingerprint based information
received from the Department of Corrections at the time of release from
incarceration. (GA; 2007-08-11)

*************************** IDENTIFICATION ****************************

Subject Name(s)

SINGH, AMARJOT

Subject Description

                         State Id Number
                         GA5124430J (GA)


Sex                      Race
Male                     Native American

Height                   Weight                    Date of Birth
6'00" (2022-05-13)       193 (2022-05-13)          1988-07-20

Hair Color               Eye Color
Black (2022-05-13)       Brown (2022-05-13)


Place of Birth           Citizenship
INDIA                    II (2022-05-13)


*************************** CRIMINAL HISTORY ***************************

============================== Cycle 001 ==============================
Tracking Number          88428377122
Earliest Event Date      2022-05-13 Incident Date          2022-05-13
----------------------------------------------------------------------
Arrest Date              2022-05-13
Arrest Case Number       22-009610
Arresting Agency         GA0670200 GWINNETT COUNTY POLICE DEPARTMENT
Subject's Name           SINGH, AMARJOT
Arrest Type  Adult
Charge                   1
        Charge Number    88428377122001
Charge Tracking Number   88428377122
        Charge Literal   DRIVING WHILE LICENSE SUSPENDED OR REVOKED
                Agency   GA0670200 GWINNETT COUNTY POLICE DEPARTMENT
               Statute   DRIVING WHILE LICENSE SUSPENDED OR REVOKED
                         (40-5-121; GA)
     NCIC Offense Code   5499
    State Offense Code   5412
             Severity    Misdemeanor
----------------------------------------------------------------------
Court Disposition        (Cycle 001)
Court Case Number        PE00128879
Court Agency             GA067021J GWINNETT COUNTY RECORDERS COURT
Subject's Name           SINGH, AMARJOT
Charge                   1
        Charge Number    88428377122001
Charge Tracking Number   88428377122
        Charge Literal   DRIVING WHILE LICENSE SUSPENDED OR REVOKED

EOIR 29 of 30

Exh. 3 -

Uploaded on 06/13/2026 at 3:04:41 PM (Central Standard Time) Box #CV26

4:26-cv-03053-JFB-JMD    Doc # 1-1    Filed: 02/06/26    Page 48 of 57 - Page ID # 66

10/3/24, 12:44 PM                                    FO: GA, AMARJIOT/WALTON, E - Received 10/03/2024 12:44:35

```
                        Statute   DRIVING WHILE LICENSE SUSPENDED OR REVOKED
                                  (40-5-121; GA)
              NCIC Offense Code   5499
             State Offense Code   5412
                       Severity   Misdemeanor
                    Disposition   (Other 2022-06-28; NOLO CONTENDRE)
--------------------------------------------------------------------
Sentencing                        (Cycle 001)
Sentence Date                     2022-06-28
Sentencing Agency                 GA067021J GWINNETT COUNTY RECORDERS COURT
Charge                            1
            Charge Number         88428377122001
    Charge Tracking Number        88428377122
            Charge Literal        DRIVING WHILE LICENSE SUSPENDED OR REVOKED
Sentence                          CONFINEMENT CTS
Sentence                          FINE $705.00 SUSPENDED
************************** INDEX OF AGENCIES ***************************

Agency                            GWINNETT COUNTY POLICE DEPARTMENT; GA0670200;
                                  CHIEF OF POLICE

Address
                                  770 HI HOPE ROAD PO BOX 602
                                  LAWRENCEVILLE, GA 300460000
--------------------------------------------------------------------
Agency                            GWINNETT COUNTY RECORDERS COURT; GA067021J;
                                  JUDGE

Address
                                  75 LANGLEY DRIVE FIRST FLOOR
                                  LAWRENCEVILLE, GA 300450000


        * * * END OF RECORD * * *


TRACKING: 10/03/2024, 12:44:34
- MKE: FR
- Source: CCH
- To: TOC3
- REF: PK4RTUQ77I
- ISN: 06Z700S8X0
```

EOIR 30 of 30

Exh. 3 -

**U.S. Department of Justice**
Executive Office for Immigration Review
*Immigration Court*

OMB#1125-0006

**Notice of Entry of Appearance as Attorney or Representative Before the Immigration Court**

---

(Type or Print)
**NAME AND ADDRESS OF REPRESENTED PARTY**

AMARJOT                                    SINGH

| (First) | (Middle Initial) | (Last) |
|---|---|---|

2309 North Way

| (Number and Street) | (Apt. No.) |
|---|---|

Mccook                          NE              69001

| (City) | (State) | (Zip Code) |
|---|---|---|

**A-NUMBER**
(Provide Alien ("A") number of the party represented in this case.)

A 206086089

**Entry of appearance for**
(please check one of the following:)

☐ All proceedings
☑ Custody and bond proceedings only
☐ All proceedings other than custody and bond proceedings

---

**Attorney or Representative (please check one of the following):**

☑ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following states(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia (use additional space on reverse side if necessary), and I am not subject to any order disbarring, suspending, enjoining, restraining or otherwise restricting me in the practice of law in any jurisdiction (if subject to such an order, do not check this box and explain on reverse).

**Full Name of Court** New York Second Division     **Bar Number (if applicable)** 4267746

☐ I am a representative accredited to appear before the Executive Office for Immigration Review as defined in 8 C.F.R. § 1292.1(a)(4) with the following recognized organization: _____

☐ I am a law student or law graduate of an accredited U.S. law school as defined in 8 C.F.R. § 1292.1(a)(2).

☐ I am a reputable individual as defined in 8 C.F.R. § 1292.1(a)(3) and I am appearing without direct or indirect renumeration. I am providing further information in the Additional Information box below.

☐ I am an accredited foreign government official, as defined in 8 C.F.R. § 1291.1(a)(5), from _____ (country).

☐ I am a person who was authorized to practice on December 23, 1952, under 8 C.F.R. § 1292.1(b).

---

**Attorney or Representative (please check one of the following):**

☑ I hereby enter my appearance as attorney or representative for, and at the request of, the party named above.

☐ EOIR has ordered the provision of a Qualified Representative for the party named above and I appear in that capacity.

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representations before the Immigration Court. By signing this form, I consent to publication of my name and any findings of misconduct by EOIR, should I become subject to any public discipline by EOIR pursuant to the rules and procedures at 8 C.F.R. 1003.101 *et seq.* I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **SIGNATURE OF ATTORNEY OR REPRESENTATIVE** | **EOIR ID NUMBER** | **DATE** |
|---|---|---|
| **X** //s//,Mantaj K Hans | RR681762 | 01/13/2026 |

---

**NAME OF ATTORNEY OR REPRESENTATIVE, ADDRESS, FAX & PHONE NUMBERS, & EMAIL ADDRESS**

Name: Mantaj                          K                          Hans

| (First) | (Middle Initial) | (Last) |
|---|---|---|

Law Firm/Organization  Mantaj Hans

Address: 8 Marney Street                                              3

| (Number and Street) | |
|---|---|

Cambridge                          MA              02141

| (City) | (State) | (Zip Code) |
|---|---|---|

Telephone: 917-650-0596     Facsimile: _____     Email: mantaj@gmail.com

☐ Check here if new address

Form EOIR-28
Rev. Feb. 2025
Exp. 06/30/2028

**Indicate Type of Appearance:** You must designate primary or non-primary unless you are appearing in an "on behalf of" capacity for another attorney for a specific hearing. Only the primary attorney/representative will receive mailings from the Immigration Court. All attorneys/representatives regardless of type of appearance are practitioners of record and are individually responsible as representatives for the respondent. Circumstances may arise that require the Immigration Court to designate a primary and/or switch service of mailings from the primary to a non-primary.

[✔] Primary Attorney/Representative    [ ] Non-Primary Attorney/Representative

[ ] On behalf of _____ (Attorney's Name) for the following hearing: _____ (Date)

I am providing pro bono representation.  Check one:  [ ] yes  [✔] no

---

**Proof of Service**

I (Name) _____ mailed, emailed or delivered a copy of this Form EOIR-28 on (Date) _____

to the DHS (U.S. Immigration and Customs Enforcement – ICE) at _____

[✔]  No service needed. I electronically filed this document, and the opposing party is participating in ECAS.

X //s//,Mantaj K Hans on 1/13/2026, 8:38:04 PM
_____
Signature of Person Serving

---

**APPEARANCES** - A practitioner of record is authorized to appear on behalf of a respondent, to file documents on behalf of a respondent, and to accept service of process of all documents filed in the proceedings before the Immigration Court. *See* 8 C.F.R. § 1003.17(a). An attorney or Accredited Representative (with full accreditation) must register with the EOIR eRegistry in order to practice before the Immigration Court (see 8 C.F.R. § 1292.1(f)).  Registration must be completed online on the EOIR website at www.justice.gov/eoir.  To perform the functions of and become the practitioner of record, the practitioner must file a separate Form EOIR-28 for each represented party in each case before an Immigration Judge (see 8 C.F.R. § 1003.17). A Form EOIR-28 shall be filed either as an electronic form, or as a paper form, as appropriate (for further information, please see the Immigration Court Practice Manual, which is available on the EOIR website at www.justice.gov/eoir). The attorney or representative must check the box indicating whether the entry of appearance is for custody and bond proceedings only, for all proceedings other than custody and bond, or for all proceedings including custody and bond. When an appearance as a practitioner of record is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals and will comply with the EOIR Rules of Professional Conduct in 8 C.F.R. § 1003.102. Thereafter, substitution or withdrawal may be permitted upon the approval of the Immigration Judge of a request by the attorney or practitioner of record in accordance with 8 C.F.R. § 1003.17(b).  Please note that although separate appearances in custody and non-custody proceedings are permitted, appearances for limited purposes within those proceedings – other than for document assistance to an unrepresented or pro se respondent – are not permitted. *See* 8 C.F.R. § 1003.2(g)(1), 1003.38(g)(2); *see also Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986).  A Form EOIR-61, not a Form EOIR-28, is required for the entry of a limited appearance for document assistance on an application, brief, motion, or other document before the Immigration Court. A separate appearance form (Form EOIR-27) must be filed with an appeal to the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)). Note: Attorneys and Accredited Representatives (with full accreditation) must first update their address in eRegistry before filing a Form EOIR-28 that reflects a new address.

**FREEDOM OF INFORMATION ACT** -  This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is in 28 C.F.R. §§ 16.1-16.11 and appendices. For further information about requesting records from EOIR under the Freedom of Information Act, see How to File a Freedom of Information Act (FOIA) Request With the Executive Office for Immigration Review, available on EOIR's website at https://www.justice.gov/eoir.

**PRIVACY ACT NOTICE** - The information requested on this form is authorized by 8 U.S.C. §§ 1229(a), 1362 and 8 C.F.R. § 1003.17 in order to enter an appearance to represent a party before the Immigration Court. The information you provide is mandatory and required to enter an appearance. Failure to provide the requested information will result in an inability to represent a party or receive notice of actions in a proceeding. EOIR may share this information with others in accordance with approved routine uses described in EOIR's system of records notice, EOIR-001, Records and Management Information System, 69 Fed. Reg. 26,179 (May 11, 2004), or its successors and EOIR-003, Practitioner Complaint-Disciplinary Files, 64 Fed. Reg. 49237 (September 1999). Furthermore, the submission of this form acknowledges that an attorney or representative will be subject to the disciplinary rules and procedures at 8 C.F.R. 1003.101*et seq.*, including, pursuant to 8 C.F.R. §§ 292.3(h)(3), 1003.108(c), publication of the name of the attorney or representative and findings of misconduct should the attorney or representative be subject to any public discipline by EOIR.

**CASES BEFORE EOIR** - Automated information about cases before EOIR is available by calling (800) 898-7180 or (304) 625-2050 or by checking online at https://acis.eoir.justice.gov. For further information, please see the Immigration Court Practice Manual, which is available on the EOIR website at www.justice.gov/eoir.

**ADDITIONAL INFORMATION:** If you are filing this form as a reputable individual as defined in 8 C.F.R. § 1292.1(a)(3), please provide a statement below how you meet that criteria, including that you are appearing on an individual basis at the request of the person entitled to representation and describing your pre-existing relationship or connection to that person.

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

Form EOIR-28
Rev. Feb. 2025
Exp. 06/30/2028

Mantaj Hans                                          **DETAINED**
8-3 Marney Street
Cambridge, MA 02141
917-650-0596
Attorney for Respondent


## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## UNITED STATES IMMIGRATION COURT
## OMAHA, NE


---

| | | |
|---|---|---|
| In the Matter of: | ) | **206-086-089** |
| **SINGH, AMARJOT** | ) | |
| | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

---


**Immigration Judge:** Larsen, Alexandra R.  **Next Hearing:** January 22, 2026 at 1:00 PM


## RESPONDENT'S MOTION FOR BOND PROCEEDINGS

Respondent, (hereinafter **, "AMARJOT"), 206-086-089,** Country of Birth, India, by and through his representative, respectfully moves this Immigration Court to schedule a bond hearing. Respondent's Counsel will file all supporting documents prior to the hearing.

1.      Respondent is currently detained at  Nebraska Department of Corrections.

2.      Respondent is requesting a bond hearing.

3.      **AMARJOT** is a class member in *Maldonado Bautista v. Santacruz*, No. 5:25-CV01873- SSS-BFM (C.D. Cal.). In *Maldonado Bautista* the court certified the Bond Eligible Class, defined as:
All noncitizens in the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination.

*Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ----, 2025 WL 3288403, at *9 (C.D. Cal. Nov. 25, 2025). **AMARJOT** is a noncitizen without lawful status detained at the Golden State Annex who (1) entered the United States without inspection, (2) was not apprehended upon arrival, and (3) is not subject to mandatory detention pursuant to 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231. Accordingly, as a member of the Bond Eligible Class, **AMARJOT** is entitled to the application of the law as stated in the *Maldonado Bautista* orders granting summary judgment and class certification. *See* 2025 WL 3288403, at *9 ("When considering this determination with the MSJ Order, the Court extends the same declaratory relief granted to Petitioners to the Bond Eligible Class as a whole.").

4.      This Court is obligated to apply the law to all class members, as determined in the binding, final judgment issued in Maldonado Bautista. The Executive Office for Immigration Review is a Defendant in *Maldonado Bautista*, and is thus bound by the ruling there, which has the full "force and effect of a final judgment." 28 U.S.C. § 2201(a). It is a "basic proposition that all orders and judgments of courts must be complied with promptly," *Maness v. Meyers*, 419 U.S. 449, 458 (1975), and thus, in "suits against government officials and departments, [courts] assume that they will comply with declaratory judgments." *United Aeronautical Corp. v. United States Air Force*, 80 F.4th 1017, 1031 (9th Cir. 2023). This is because declaratory judgments like the one in *Maldonado Bautista* have "the same effect as an injunction in fixing the parties' legal entitlements." *Florida ex rel. Bondi v. U.S. Dep't of Health & Hum. Servs.*, 780 F. Supp. 2d 1307, 1316 (N.D. Fla. 2011). This understanding of declaratory judgments—and thus this court's obligation to comply with the declaratory judgment in *Maldonado Bautista* —is consistent with the decisions of many courts. *See,*

*e.g.*, *Sanchez-Espinoza v. Reagan*, 770 F.2d 202, 208 n.8 (D.C. Cir. 1985) (Scalia, J.) ("[T]he discretionary relief of declaratory judgment is, in a context such as this where federal officers are defendants, the practical equivalent of specific relief such as injunction or mandamus, since it must be presumed that federal officers will adhere to the law as declared by the court."), *abrogated on other grounds by*, *Schieber v. United States*, 77 F.4th 806 (D.C. Cir. 2023), *cert. denied*, 144 S. Ct. 688 (2024); *Smith v. Reagan*, 844 F.2d 195, 200 (4th Cir. 1988) (describing declaratory relief as "the functional equivalent of a writ of mandamus"); *Pub. Citizen v. Carlin*, 2 F. Supp. 2d 18, 20 (D.D.C. 1998) ("The government's decision to appeal this Court's ruling does not affect the validity of the declaratory judgment unless and until the judgment is reversed on appeal or the government seeks and is granted a stay pending appeal."), *rev'd on other grounds*, 184 F.3d 900 (D.C. Cir. 1999).

5.   Respondent respectfully submits that this Honorable Court should look to the most recent arrest to determine whether or not someone was apprehended "upon arrival" in its analysis)as emphasized in *Maldonado Bautista and* District Courts of NE, Nebraska District Court  4:25-cv-03251.  LA, CA. TX, AZ, WA, MA, PA, VA.

6.   Additionally, even if Respondent is not found to be class member, the legal analysis of *Maldonado Bautista.* dictates that Respondent is detained under § 1226(a) and must be granted a bond hearing. U.S. District Court for the Western District of Washington Rodriguez Vazquez v. Bostock, No. 3:25-CV-05240-TMC, --- F. Supp. 3d ---, 2025 WL 1193850 (W.D. Wash. Apr. 24, 2025); see also Gomes v. Hyde, No. 1:25-CV- 11571-JEK, 2025 WL 1869299, at *8 (D. Mass. July 7, 2025) (granting habeas petition based on same conclusion); Diaz Martinez v. Hyde, No. CV 25-11613-BEM, --- F. Supp. 3d ---- 2025 WL 2084238, at *9 (D. Mass. July 24, 2025) ordering release where noncitizen was redetained based on ICE's assertion of detention authority under § 1225(b)).

7.   DHS Bond Amount Set: Unknown

Respectfully Submitted,

Date: **1/13/2026**
Mantaj Hans
Attorney for Respondent

## CERTIFICATE OF SERVICE

On **1/13/2026** I,

served a copy of this

and all attached pages to

at the following address

by:

Mantaj Hans

MOTION FOR BOND PROCEEDINGS

AND REDETERMINATION OF BOND

Office of The Principal Legal Advisor

ECAS

ECAS

Date: **1/13/2026**
Mantaj Hans
Attorney for Respondent

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**OMAHA, NE**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | 206-086-089 |
| | ) | |
| **SINGH, AMARJOT** | ) | **RESPONDENT'S REDETERMINATION** |
| **RESPONDENT** | ) | **OF BOND** |
| | ) | **Hearing Date:** |
| | ) | **Hearing Time:** |
| | ) | **Court Room:** |
| _____ | ) | |

**ORDER OF THE IMMIGRATION JUDGE**

Upon consideration of RESPONDENT's REDETERMINATION OF BOND, it is HEREBY
ORDERED that the motion be: [ ] **GRANTED** [ ] **DENIED** because:


[ ] DHS does not oppose the motion.
[ ] The Respondent does not oppose the motion.
[ ] A response to the motion has not been filed with the court.
[ ] Good cause has been established for the motion.
[ ] The court agrees with the reasons stated in the opposition to the motion.
[ ] Other: _____

Deadline:
[ ] The application(s) for relief must be filed by _____
[ ] The respondent must comply with DHS biometrics instructions by _____


_____    _____
Date                                                              Immigration Judge

_____

Certificate of Service

This document was served by: [ ] Mail [ ] Personal Service
To: [ ] Alien [ ] Alien c/o Custodial Officer [ ] Alien's Atty/Rep [ ] DHS
Date: _____    By: Court Staff _____

EOIR 5 of 5

Exh. 1 -

ਲੜੀ ਨੰ/Sr. No. : TTVU

542783

500470
A-35

# ਪੰਜਾਬ ਸਕੂਲ ਸਿੱਖਿਆ ਬੋਰਡ
## PUNJAB SCHOOL EDUCATION BOARD

ਮੈਟ੍ਰਿਕੁਲੇਸ਼ਨ ਪਰੀਖਿਆ ਸਤੰਬਰ, 2005    /Matriculation Examination September, 2005

ਪ੍ਰਮਾਣ ਪੱਤਰ / CERTIFICATE



ਪ੍ਰਮਾਣਿਤ ਕੀਤਾ ਜਾਂਦਾ ਹੈ ਕਿ / Certified that ਅਮਰਜੋਤ ਸਿੰਘ / AMARJOT SINGH

ਰੋਲ ਨੰ. / Roll No. :           472281

ਰਜਿ. ਨੰ. / Regn. No. :        B-01-KP-490138

ਪਿਤਾ ਦਾ ਨਾਂ / Father 's Name :     ਗੋਪਾਲ ਸਿੰਘ / GOPAL SINGH

ਮਾਤਾ ਦਾ ਨਾਂ / Mother 's Name :     ਸੁਰਿੰਦਰ ਕੌਰ / SURINDER KAUR

ਜਨਮ ਮਿਤੀ / Date of Birth :     20-07-1988     (ਵੀਹ ਜੁਲਾਈ ਉੱਨੀ ਸੌ ਅਠਾਸੀ)
                                        (TWENTIETH JULY NINETEEN HUNDRED EIGHTY EIGHT)

ਸਕੂਲ / ਜ਼ਿਲ੍ਹਾ / School / District :     ਕਪੂਰਥਲਾ / KAPURTHALA

                                                                    , ਨੇ ਇਸ

ਬੋਰਡ ਦੀ ਮੈਟ੍ਰਿਕੁਲੇਸ਼ਨ ਪਰੀਖਿਆ     ਸਤੰਬਰ, 2005     **ਪਾਸ** ਕੀਤੀ ਹੈ / has **passed** the

Matriculation Examination     September, 2005     of this Board.

ਅੰਕਾਂ ਦਾ ਵੇਰਵਾ / Detail of Marks :

| ਲੜੀ ਨੰ. / Sr. No. | ਵਿਸ਼ੇ / Subjects | ਪ੍ਰਾਪਤ ਅੰਕ / Marks Obtained | ਪਾਸ ਅੰਕ / Pass Marks | ਵੱਧ ਤੋਂ ਵੱਧ ਅੰਕ / Maximum Marks |
|---|---|---|---|---|
| 1. | ਪੰਜਾਬੀ ਜਾਂ xxxxxxxxxxxxxxxxxxxxxxxxx Punjabi or xPunjab History & Culturexxxx | 077 | 50 | 150 |
| 2. | ਅੰਗਰੇਜ਼ੀ / English | 033 | 33 | 100 |
| 3. | ਹਿੰਦੀ / Hindi | 040 | 33 | 100 |
| 4. | ਗਣਿਤ / Mathematics | 003 | 33 | 100 |
| 5. | ਵਿਗਿਆਨ /Science {ਲਿਖਤੀ/Theory 024 + ਪ੍ਰਯੋਗੀ /Practical 011 } | 035 | 33 | 75+25=100 |
| 6. | ਸਮਾਜਿਕ ਸਿੱਖਿਆ / Social Studies | 042 | 33 | 100 |
| 7. | ਸਿਹਤ ਤੇ ਸਰੀਰਕ ਸਿੱਖਿਆ / { ਲਿਖਤੀ/Theory 018 + ਪ੍ਰਯੋਗੀ /Practical 036 } Health & Physical Education | 054 | 33 | 30+70=100 |
| 8. | ਚੋਣਵਾਂ ਵਿਸ਼ਾ ਕੰਪਿਊਟਰ ਸਿੱਖਿਆ(ਲਿਖਤੀ/Theory 020 + ਪ੍ਰਯੋਗੀ/Practical 020} Elective Subject COMPUTER EDUCATION | 040 | 33 | 60+40=100 |

ਕੇਵਲ ਸਕੂਲ ਪਰੀਖਿਆਰਥੀਆਂ ਲਈ / Only for school candidates

ਐਸ. ਯੂ.ਪੀ.ਡਬਲਿਯੂ. ਦਾ ਵਿਸ਼ਾ ......................... ਦਰਜਾ ....... / Subject of S.U.P.W..................................... Grade..........

ਸਾਹਿਬਜ਼ਾਦਾ ਅ.ਿਤ ਸਿੰਘ ਨਗਰ (ਰੋਪੜ)
10 ਨਵੰਬਰ, 2005

ਕੰਟਰੋਲਰ ਪ੍ਰੀਖਿਆਵਾਂ

ਡੀ.ਪੀ.ਐਚ–368
**DPH-368**
ਕ੍ਰਮ ਅੰਕ –ਅ
Serial No.A



Sr.No.   519992010
Register No.       211
Form No.6 (See Rule 8
ਫ਼ਾਰਮ ਨੰਬਰ 6 (ਵੇਖੋ ਨਿਯਮ–8)

# ਜਨਮ ਦਾ ਸਰਟੀਫ਼ਿਕੇਟ
# BIRTH CERTIFICATE

ਇਹ ਤਸਦੀਕ ਕੀਤਾ ਜਾਂਦਾ ਹੈ ਕਿ ਹੇਠ ਲਿਖੀ ਸੂਚਨਾ ਅਸਲ ਜਨਮ ਰਿਕਾਰਡ ਵਿੱਚੋਂ ਲਈ ਗਈ ਹੈ ਜਿਹੜੀ ਕਿ ਲੋਕਲ ਰਜਿਸਟਰਾਰ
This is to certify that following information has been taken from the original record of birth as entered in the register

ਜਨਮ ਤੇ ਮੌਤ  ਭੁਲੱਥ                     ਤਹਿਸੀਲ  ਭੁਲੱਥ              ਜਿਲਾ  ਕਪੂਰਥਲਾ                ਪੰਜਾਬ ਦੇ

maintained by the Local Regsitrar Births and Deaths BHOLATH
                                                              Tehsil  BHOLATH

ਰਜਿਸਟਰ ਵਿਚ ਦਰਜ ਹੈ ।

District Kapurthala                    Punjab State.

ਨਾਮ  ਅਮਰਜੋਤ ਸਿੰਘ                      ਰਜਿਸਟਰੇਸ਼ਨ ਨੰਬਰ  0000001743        ਲਿੰਗ  ਮੇਲ

Name AMARJOT SINGH                  Registration No.    0000001743      Sex  MALE

ਰਜਿਸਟਰੇਸ਼ਨ ਦੀ ਮਿਤੀ  21/08/1988       ਜਨਮ ਅਸਥਾਨ  ਨੰਗਲ ਲੁਬਾਣਾ

Date Of Registration  21/08/1988      Birth Place  NANGAL LUBANA

ਜਨਮ ਦੀ ਮਿਤੀ  20/07/1988               ਮਾਤਾ ਦਾ ਨਾਮ  ਸੁਰਿੰਦਰ ਕੌਰ

Date Of Birth  20/07/1988             Mother's Name  SURINDER KAUR

ਪਿਤਾ ਦਾ ਨਾਮ  ਗੋਪਾਲ ਸਿੰਘ               ਸਪੁਤਰ  ਮੋਜੂਦ ਨਹੀਂ

Father's Name  GOPAL SINGH            Son Of         ----XXXX----

ਮਾਤਾ ਪਿਤਾ ਦਾ ਪੂਰਾ ਪਤਾ  ਨੰਗਲ ਲੁਬਾਣਾ

Parent's Full Address    NANGAL LUBANA

(ਸਰਟੀਫ਼ਿਕੇਟ ਤਿਆਰ ਕਰਨ ਵਾਲੇ ਦੇ ਹਸਤਾਖ਼ਰ)        ( ਸਰਟੀਫ਼ਿਕੇ~ ~~ਰੀ ਕਰਨ ਵਾਲੇ ਦੇ ਹਸਤਾਖ਼ਰ )
Signature of Certificate Preparing Authority   Signature of Certificate Issuing Au~~~

ਨਾਮ / Name                                     ਮੋਹਰ / Stamp  Addl. Distt. Registrar
                                                              Births & Deaths
ਪਦਵੀ / Designation                             ਮਿਤੀ / Date   O/o Civil Surgeon Kapurthela

ਨੋਟ:–   ਇਹ ਜਨਮ ਸਰਟੀਫ਼ਿਕੇਟ ਜਨਮ ਅਤੇ ਮੌਤ ਰਜਿਸਟਰੇਸ਼ਨ  ਐਕਟ 1969 (ਭਾਰਤ ਸਰਕਾਰ) ਦੀ ਧਾਰਾ  12/17 ਦੇ ਅਧੀਨ
ਜਾਰੀ ਕੀਤਾ ਗਿਆ।

**Note :**This certificate has been issued U/s 12/17 of Births and Deaths Act 1969 (Govt.of India)